IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

GPM INDUSTRIAL INC.                             CASE NO.:16-CV-01129
a Florida corporation,

       Plaintiff,
vs.

PDVSA SERVICES, INC., a Delaware
Corporation, and BARIVEN, S.A.
d/b/a BARIVEN CORP, a foreign corporation.

       Defendants.
_____/

## PLAINTIFF'S AGREED MOTION FOR SIXTY DAY STAY OF CASE

Plaintiff, GPM INDUSTRIAL INC., a Florida corporation, hereby moves for a stay of this action and states as follows:

1. On February 1, 2019, undersigned counsel filed Plaintiff's Motion for Summary Judgment [D.E. 53]. Upon filing of the motion, counsel for Defendant PDVSA Services, Inc. contacted the undersigned counsel expressing his concern as to the impact, if any, of the restrictions in the most recent Executive Order on Venezuela sanctions on his ability to legally defend his client.

2. On February 14, 2019, undersigned counsel filed Plaintiff's Motion to Allow Defendant PDVSA Services, Inc. Additional Time to Respond to Plaintiff's Motion for Summary Judgment, requesting an additional two weeks for Defendant to respond [D.E. 54]. Undersigned counsel then filed Plaintiff's Second Motion to Allow Defendant PDVSA Services, Inc. Additional Time to Respond to Plaintiff's Motion for Summary Judgment on March 1, 2019, requesting an additional ten days for Defendant to respond [D.E. 56].

3. The parties have since had the opportunity to review the relevant Executive Order and conferred with each other. In a possible overabundance of caution, counsel for Defendant wishes to avoid taking any action that may be unlawful and therefore has requested that undersigned counsel file this Motion, as there has as yet been little guidance by the government with regard to the impact of the aforementioned Executive Order on Venezuela on Defendant's counsel's ability to continue to represent PDVSA Services, Inc.

4. Therefore, Plaintiff and Defendant PDVSA Services, Inc. hereby request that this Court grant a sixty (60) day stay to allow undersigned counsel and counsel for PDVSA Services, Inc. additional time to determine how the government interprets the most recent Executive Order on Venezuela.

Dated on March 13, 2019.

Respectfully submitted,

| **KURZBAN KURZBAN TETZELI & PRATT, P.A.** | **CALDWELL FLETCHER, PC** |
|---|---|
| *Pro Hac Vice Attorney for Plaintiff* | 3401 Allen Parkway, Suite 100 |
| Coral Gables, FL 33134 | Houston, Texas 77019 |
| Tel: 305-444-0060 | Phone: (713) 284-1624 |
| Fax: 305-444-3503 | Fax: (713) 583-9883 |
| Email: Helena@kktplaw.com | caldwell@caldwellfletcherpc.com |
| By: __s/Helena Tetzeli__ | By: _s/Caldwell Fletcher_ |
| Helena Tetzeli | Caldwell Fletcher |
| Fla. Bar No. 759820 | Texas SBN: 07141710 |
| | Federal ID No. 9654 |

**ATTORNEYS FOR PLAINTIFF GPM INDUSTRIAL, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this instrument has been forward to all known parties of record as indicated below, in accordance with the Federal Rules of Civil Procedure on this 13th day of March 2019.

Mr. Brock Akers
The Akers Firm PLLC
The Clocktower Building
3401 Allen Parkway, Ste. 101
Houston, Texas 77019
*<u>Via Telefax No. (713) 583-8662</u>*

      In the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                            *s/Caldwell Fletcher*_____
                                            Caldwell Fletcher