United States District Court
Southern District of Texas
**ENTERED**
July 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

GPM INDUSTRIAL INC.
a Florida corporation,

CASE NO.:16-CV-01129

Plaintiff,

vs.

PDVSA SERVICES, INC., a Delaware
Corporation, and BARIVEN, S.A.
d/b/a BARIVEN CORP, a foreign corporation.

Defendants.

_____/

## AGREED ORDER GRANTING PLAINTIFF'S AGREED MOTION ON BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came to be heard on Plaintiff's Agreed Motion on Briefing Schedule for Plaintiff's Motion for Summary Judgment. Having reviewed the docket, and having otherwise been fully advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

This Court shall allow Counsel for Defendant sixty (60) days to file a response to Plaintiff's Motion for Summary Judgment [DE 53]. Defendants' response to Plaintiff's Motion for Summary Judgment must be filed and served no ~~more than sixty (60) days from the date of entry of this Order.~~ later than September 9, 2019. Docket call is reset to December 20, 2019.

**DONE and ORDERED** in Chambers at Houston, Texas on this 9th day of July 2019.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Brock Akers, Esq.
*bca@akersfirm.com*