United States District Court
Southern District of Texas
**ENTERED**
October 31, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GPM INDUSTRIAL INC., § § § | |
| Plaintiff, § § | |
| v. § | CASE NO. 4:16-CV-01129 |
| § | |
| PDVSA SERVICES, INC. and § | |
| BARIVEN, S.A., § § | |
| Defendant. § | |

## ORDER

Pending before the Court is Defendant PDVSA Services, Inc.'s Motion to Set Aside. **(Instrument No. 65)**. Having considered the motion, the Defendant's Motion to Set Aside is **GRANTED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 31st day of October, 2019, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE