IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

GPM INDUSTRIAL INC.  CASE NO.:16-CV-01129
a Florida corporation,

      Plaintiff,
vs.

PDVSA SERVICES, INC., a Delaware
Corporation, and BARIVEN, S.A.
d/b/a BARIVEN CORP, a foreign corporation.

      Defendants.
_____/

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure(a)(1)(A), Plaintiff, GPM INDUSTRIAL, INC., and Defendant PDVSA SERVICES, INC., through their respective undersigned counsel, stipulate to the voluntary dismissal with prejudice by Plaintiffs of the claims against PDVSA Services, Inc. with prejudice, and stipulate that these parties shall bear their own respective attorneys' fees and costs.

Dated this 14th day of May 2020.

    Respectfully submitted,

    **KURZBAN KURZBAN**
    **TETZELI & PRATT, P.A.**
    *Pro Hac Vice Attorney for Plaintiff*
    2650 SW 27th Avenue, 2d Floor
    Miami, FL 33133
    Tel: 305-444-0060
    Fax: 305-444-3503
    Email: Helena@kktplaw.com

    By: __*s/Helena Tetzeli*_____
        HELENA TETZELI
        Fla. Bar No. 759820

        **CALDWELL FLETCHER, PC**

        By: *s/Caldwell Fletcher*
            Caldwell Fletcher
            Texas SBN: 07141710
            Federal ID No. 9654
            3401 Allen Parkway, Suite 100
            Houston, Texas 77019
            Phone: (713) 284-1624
            Fax: (713) 583-9883
            caldwell@caldwellfletcherpc.com

        **ATTORNEYS FOR PLAINTIFF**
        **GPM INDUSTRIAL, INC.**

        By: : *s/Brock Akers*
            Brock Akers
            The Akers Firm PLLC
            The Clocktower Building
            3401 Allen Parkway, Ste. 101
            Houston, Texas 77019

        **ATTORNEY FOR DEFENDANT**
        **PDVSA SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this instrument has been forward to all known parties of record as indicated below, in accordance with the Federal Rules of Civil Procedure on this 14th day of May 2020.

Mr. Brock Akers
The Akers Firm PLLC
The Clocktower Building
3401 Allen Parkway, Ste. 101
Houston, Texas 77019
Via Telefax No. (713) 583-8662

      In the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

            *s/Caldwell Fletcher*
            Caldwell Fletcher