United States District Court
Southern District of Texas

**ENTERED**

May 25, 2020

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

GPM INDUSTRIAL INC.                                    CASE NO.:16-CV-01129
a Florida corporation,

      Plaintiff,

vs.

PDVSA SERVICES, INC., a Delaware
Corporation, and BARIVEN, S.A.
d/b/a BARIVEN CORP, a foreign corporation.

      Defendants.

_____/

### ORDER GRANTING AGREED MOTION TO ABATE ACTION PENDING
### SERVICE OF PROCESS UNDER THE HAGUE CONVENTION

**THIS CAUSE** came to be heard on Plaintiff GPM Industrial. Inc. and Defendant PDVSA

Services, Inc.'s Agreed Motion to Abate Action Pending Service of Process Under the Hague

Convention. Having reviewed the docket, and having otherwise been fully advised, it is hereby:

**ORDERED AND ADJUDGED** that this case is ABATED for one year to allow Plaintiff

GPM Industrial Inc. to continue its efforts to effectuate service upon Defendant BARIVEN, S.A.

d/b/a BARIVEN CORP, in Venezuela pursuant to the Hague Convention on the Service Abroad

of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

**DONE and ORDERED** in Chambers at Houston, Texas on this 22nd day of May 2020.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Brock Akers, Esq.
*bca@akersfirm.com*