United States District Court
Southern District of Texas
**ENTERED**
March 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GPM INDUSTRIAL INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-1129 |
| | § | |
| BARIVEN, S.A.; agent D/B/A BARIVEN CORP. | § | |
| PETROLEROS DE VENEZUELA, S.A., | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR STATUS REPORT

The parties are **ORDERED** to file a Status Report within ten (10) days of the date of this order.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED at Houston, Texas, this 12th day of March, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE